UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAVALAS CHRISTOPHER LOVE, | § | |
| | § | |
| Movant, | § | |
| | § | No. 3:17-cv-1431-B |
| v. | § | No. 3:14-cr-0300-B-3 |
| | § | |
| UNITED STATES of AMERICA, | § | |
| Respondent. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Petitioner's Motion to Vacate under 28 U.S.C. § 2255 (doc. 2), filed on May 17, 2017, and Motion for Appointment of Counsel (doc. 18), filed on March 6, 2020. In his motion seeking counsel, he seeks a lawyer to bring a claim under the case of *United States v. Davis*, 139 S.Ct. 2319 (2019). The Motion for Appointment of Counsel claim was initially denied. However, now that the Court has the benefits of all the briefing, the Court is reconsidering the Motion for Appointment of Counsel. As it reconsiders this motion, the Court will stay and administratively close this case until it decides the counsel issue.

Accordingly, this case the STAYED and administratively CLOSED pending the Court's reconsideration of the counsel issue.

SO ORDERED.

SEPTEMBER 10, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

2